## WEINER LESNIAK LLP
*Attorneys at Law*

**Alan J. Baratz**
*NJ BAR*
ajbaratz@weinerlesniak.com

*Please respond to New Jersey Location*

629 Parsippany Road
P. O. Box 0438
Parsippany, New Jersey 07054-0438
(973) 403-1100  /  (973) 403-0010 (fax)

New York Location:

888 Veteran's Memorial Highway
Suite 540
Hauppauge, New York 11788
631-232-6130    631-232-6184 (fax)

February 5, 2010

**Via Electronic Filing**

U.S. District Court Clerk
Clarkson S. Fisher Federal Building &
U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

> Re:  **Michael Forte vs. Berkeley Township, et al.**
> **Docket No.: 3:08-CV-4717**
> **Claim No.: L250700802**
> **Date of Loss: March 7, 2007**
> **Our File No.: 86584**

Dear Sir/Madam:

Attached herewith for filing is the original of a Stipulation of Voluntary Dismissal with Prejudice as to defendants, Berkeley Township and Berkeley Township Police Department. Kindly file the original document, and return it to me in the enclosed, self-addressed stamped envelope. Thank you.

Very truly yours,

WEINER LESNIAK LLP

By: _____
Alan J. Baratz
A Member of the Firm

AJB:tb
Enclosure
cc:  Thomas J. Mallon, Esq.
     Lori Dvorak, Esq.
     Cyndy Morton, PMA Ins.
     Jeremy Solomon, Lit. Coord.
     Craig Folkert, Claims Supervisor, PMA

id/86584 clerk stip. Ltr ajb 2

THOMAS J. MALLON, ESQ.
Attorney-at-Law
86 Court Street
Freehold, NJ 07728
(732) 780-0230
Attorney for Plaintiff, Michael Forte

| | |
|---|---|
| **MICHAEL FORTE**<br><br>Plaintiff,<br><br>vs.<br><br>**BERKELEY TOWNSHIP;**<br>**BERKELEY TOWNSHIP POLICE DEPARTMENT,**<br>**JOHN WEINLEIN,** Chief of Police,<br>**SERGEANT JAMES BLAIR,**<br>**SERGEANT CURTIS DRUMHILLER,**<br>**SERGEANT PETER KAVITT,**<br>**JOHN DOES 6-10,** Personnel of the Berkeley Township Police Department in supervisory capacities;<br>**PTL. PATRICK J. STESNER, JR.,**<br>**PTL. TAMMY M. SHINTON,**<br>**PTL. JOHN M. FOSBRE,**<br>**PTL. ANTHONY SGRO, JR.**<br>and **JOHN DOES 1-5,** members of the Berkeley Township Police Department<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT COURT OF NEW JERSEY<br>TRENTON<br><br>Civil Action No.: 08-4717 (JAP-TJB)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed with prejudice as to Defendants Berkeley Township and Berkeley Township Police Department.

|  |  |
|---|---|
| Date: January 13, 2010 | MALLON & TRANGER<br><br>_____<br>THOMAS J. MALLON, ESQ. |
| Date: 2/4/10 | DVORAK & ASSOCIATES, LLC<br><br>_____<br>LORI A. DVORAK, ESQ. |